IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:22-CT-3351-FL

| MICHAEL TAYLOR, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | ORDER |
|  | ) |  |
| NATIONAL SECURITY AGENCY AND FEDERAL BUREAU OF INVESTIGATION, | ) |  |
|  | ) |  |
| Defendants. | ) |  |

This matter is before the court on plaintiff's failure to respond to the court's October 24, 2022, order of deficiency. The order explained that plaintiff did not file an application to proceed without prepayment of fee or pay the $402 filing fee in this action, and warned plaintiff that failure to correct the deficiency within 21 days of entry of the order may result in dismissal of this action without prejudice. To date, plaintiff has not complied with the court's order. Accordingly, this action is DISMISSED without prejudice for failure to prosecute and for failure to comply with a court order. See Fed. R. Civ. P. 41(b). The clerk is DIRECTED to close this case.

SO ORDERED, this the 19th day of December, 2022.

LOUISE W. FLANAGAN
United States District Judge